## MARSHALL v. SIZEMORE

[349 N.C. 221 (1998)]

MICHAEL S. MARSHALL v. LISA D. SIZEMORE

No. 570A97

(Filed 9 October 1998)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, 127 N.C. App. 751, 493 S.E.2d 89 (1997), affirming orders dated 30 December 1994, 9 January 1996, and 13 June 1996, by Evans, J., in District Court, Mecklenburg County. Heard in the Supreme Court 29 September 1998.

*Baucom, Claytor, Benton, Morgan & Wood, P.A., by Richard F. Kronk, for plaintiff-appellee.*

*Richard F. Harris, III, for defendant-appellant.*

PER CURIAM.

AFFIRMED.

Justice WYNN did not participate in the consideration or decision of this case.